IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS L. MONTGOMERY

                Plaintiff,

  v.

JAMES RISEN, et al.

                Defendants.

Civil Action No.  16-cv-126

## MOTION FOR PROTECTIVE ORDER

For the reasons set forth in the attached pleadings before the U.S. District Court for the Western District of Washington, Plaintiff, Dennis Montgomery, respectfully requests that this court issue an order that the deposition of Istvan Burgyan not proceed, as it is untimely as discovery had long since closed before Defendants sought to compel his deposition in Washington state. As set forth in the attached pleadings, blackletter case law precludes the taking of this deposition at this late date.

Plaintiff sought consent for this motion from Defendants' counsel.  Defendants do not consent to this motion.

Dated: February 2, 2016

                                            Respectfully Submitted,

                                            /s/ *Larry Klayman*
                                          Larry Klayman, Esq.
                                          D.C. Bar No. 334581
                                          2020 Pennsylvania Ave. NW #800
                                          Washington, DC 20006

Tel: (310) 595-0800
Email: leklayman@gmail.com

Attorney for Plaintiff

## CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that on this February 2, 2016 a true and correct copy of the foregoing was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Laura R. Handman**
**Lisa Beth Zycherman**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: lisazycherman@dwt.com
*Attorneys for Defendants*

                */s/ Larry Klayman*
                Larry Klayman, Esq.