IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DENNIS L. MONTGOMERY

                Plaintiff,

    v.

JAMES RISEN, ET AL.,

                Defendants.

Civil Action No. 1:16-cv-00126-RC

**REQUEST FOR CONSENTED-TO STATUS CONFERENCE**

    Plaintiff, Dennis Montgomery, respectfully requests that this honorable Court set and hold a telephonic or in-person status conference at the earliest practicable date.

    This cause, which was filed on February 24, 2015, was transferred from the U.S. District Court for the Southern District of Florida on January 26, 2016, with several motions pending. At the outset of this cause, the district court judge, Jose M. Martinez, set the pre-trial and trial deadlines with the deteriorating health of the Plaintiff, Dennis Montgomery, in mind, after it was brought to his attention at the initial status conference on April 14, 2015. As set forth in the attached materials from Plaintiff's physicians, Mr. Montgomery has a life threatening brain aneurism and thus the trial, after one year of litigation, had been set to commence on March 21, 2016.

    Plaintiff, Dennis Montgomery, by and through counsel, thus respectfully wishes to bring his client's health to the attention of the court in order that he may consider, at his discretion, also setting a tentative and expeditious trial date taking into account Plaintiff's potentially fatal, deteriorating health condition. Discovery is now closed and most pre-trial deadlines have passed. Defendants have consented to the Court holding an expedited status conference.

2

| Dated: February 2, 2016 | Respectfully Submitted, |
|---|---|
| | _/s/ Larry Klayman_ |
| | Larry Klayman, Esq. |
| | FL Bar No. 246220 |
| | The Klayman Law Firm |
| | 7050 W Palmetto Park Rd. |
| | Suite 15-287 |
| | Boca Raton, Florida 33433 |

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this February 2, 2016 a true and correct copy of the foregoing was filed with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Laura R. Handman**
**Lisa Beth Zycherman**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: lisazycherman@dwt.com
*Attorneys for Defendants*

                                      */s/ Larry Klayman*
                                      Larry Klayman, Esq.