# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DENNIS L. MONTGOMERY,         :
                                   :

      Plaintiff,                :       Civil Action No.:    16-00126 (RC)

                                   :

      v.                       :

                                   :

JAMES RISEN, *et al.*          :

                                 :

      Defendants.            :

## <u>ORDER</u>

Plaintiff Dennis L. Montgomery originally filed this action against Defendants James Risen, Houghton Mifflin Harcourt Publishing Company, and HMH Holdings, Inc. in February 2015 in the U.S. District Court for the Southern District of Florida. *See* Compl., ECF No. 1. Plaintiff's Amended Complaint alleges six common law causes of action: three forms of defamation, as well as intentional infliction of emotional distress, tortious interference with prospective advantage, and assault. *See* Am. Compl., ECF No. 44.

On January 25, 2016, the U.S. District Court in the Southern District of Florida granted in part Defendants' motion to dismiss or transfer venue, transferring the action to this Court. *See* Order Granting Mot. Transfer, ECF No. 247. The Court did not rule on the remainder of Defendants' motion, which seeks dismissal for failure to state a claim, and that motion remains pending. *See id.*; Defs.' Mot. Dismiss, ECF No. 52 (filed May 15, 2015). In addition, this action arrived before this Court with no less than 12 other pending motions, including a motion for summary judgment. *See* Pl.'s Obj. Limited Portions of Magistrate Judge's Post-Discovery Hrg. Order, ECF No. 143 (filed Sept. 29, 2015); Pl.'s Mot. Leave File Under Seal, ECF No. 156 (filed Oct. 21, 2015); Pl.'s Mot. Leave File Under Seal, ECF No.159 (filed Oct. 22, 2015); Pl.'s 2d

Mot. Leave File Under Seal, ECF No. 160 (filed Oct. 22, 2015); Pl.'s Obj. Magistrate Judge's Order & Request to Stay, ECF No. 164 (filed Oct. 26, 2015); Pl.'s Mot. Leave File Under Seal, ECF No. 180 (filed Nov. 17, 2015); Pl.'s Mot. Ext. Time for Discovery, ECF No. 181 (filed Nov. 17, 2015); Defs.' Mot. Summ. J., ECF No. 201 (filed Dec. 14, 2015); Defs' Mot. Seal, ECF No. 210 (filed Dec. 28, 2015); Pl.'s Mot. Ext. Time File Opp'n Defs.' Mot. Summ. J., ECF No. 221 (filed Jan. 8, 2016); Pl.'s Mot. Leave File Under Seal & Remove Docs. Protective Order, ECF No. 236 (filed Jan. 15, 2016); Defs.' Cross-Mot. Maintain Docs. Under Seal, ECF No. 239 (filed Jan. 20, 2016). Three more motions have been filed since the transfer of venue last week. *See* Defs.' Mot. Seal, ECF No. 253 (filed Jan. 28, 2016); Pl.'s Mot. Protective Order, ECF No. 255 (filed Feb. 2, 2016); Pl.'s Mot. Request. Status Conf., ECF No. 256 (filed Feb. 2, 2016).

In light of the Court's review of the docket and the number of motions pending before the Court, it is hereby **ORDERED** that, on or before **February 17, 2016**, the parties shall meet and confer and file with the Court a joint status report containing the following:

1. Each party's summary and assessment of:

    a. The history of this litigation to date, including any related actions;

    b. Any impending events or proceedings that may affect the course of this litigation;

    c. Which motions and issues remain pending before the Court;

    d. Whether any party seeks to withdraw any pending motions;

    e. Whether, due to any intervening events, any pending motions have become moot, have become subsumed by other motions, or require additional briefing;

    f. Whether any pending motions should be consolidated; and

      g.   The order in which the Court should address the pending motions; and

  2.   A joint proposed schedule to govern further proceedings in this case.

**SO ORDERED**.

Dated:  February 3, 2016                              RUDOLPH CONTRERAS
                                                      United States District Judge