IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Dennis L. Montgomery,

        Plaintiff,

v.                                 No. 1:16-cv-00126-RC

James Risen, Houghton Mifflin Harcourt
Publishing Co., et al.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**NOTICE REGARDING PLAINTIFF'S PENDING
MOTION FOR PROTECTIVE ORDER**

      Defendants hereby notify the Court that the deposition of Plaintiff's trial witness Istvan Burgyan, which is the subject of Plaintiff's pending Motion for Protective Order, ECF No. 255 ("Motion"), took place in Seattle on March 1, 2016.  Because the only relief sought by the Motion was an order that the deposition "not proceed," and because the deposition has now occurred, Defendants respectfully submit that the Motion is now moot.  Mr. Burgyan's deposition occurred as ordered by the Western District of Washington.  *See* ECF No. 259-5, Min. Entry, Montgomery v. Risen, No. 2:15-cv-01955-JLR (W.D. Wash. Feb. 3, 2016); ECF No. 259-6, Mot. Hr'g Tr., Montgomery v. Risen, No. 2:15-cv-01955-JLR (W.D. Wash. Feb. 3, 2016).

| | |
|---|---|
| Dated:    March 4, 2016 | Respectfully submitted, |
| | DAVIS WRIGHT TREMAINE LLP |
| | By:    /s/ Laura R. Handman      |
| | Laura R. Handman (Bar No. 444386) |
| | Lisa B. Zycherman (Bar No. 495277) |
| | 1919 Pennsylvania Avenue, NW, Suite 800 |
| | Washington, DC 20006 |

Telephone: (202) 973-4200
Facsimile: (202) 973-4499
laurahandman@dwt.com
lisazycherman@dwt.com
*Counsel for Defendants*