IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Dennis L. Montgomery,

        Plaintiff,

v.     No. 1:16-cv-00126-RC

James Risen, Houghton Mifflin Harcourt
Publishing Co., et al.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## DEFENDANT'S UNCONTESTED MOTION FOR LEAVE TO SUPPLEMENT THE RECORD

In connection with their Motion for Summary Judgment, ECF No. 201, and Motion for Sanctions, ECF No. 166, Defendants hereby move for leave to supplemental the factual record with the accompanying Supplemental Declaration of Laura R. Handman.  Because all of the points and authorities upon which Defendants rely in support of this motion are stated herein, Defendants have not filed a separate memorandum in support.  In support of the requested relief, Defendants state as follows:

1.     Defendants assert in their summary judgment motion that Plaintiff's deliberate failure to produce the software at the heart of his claim compels the conclusion that he cannot meet his burden to prove falsity as a matter of law in this libel clam.  Defendants further assert in their sanctions motion that Plaintiff has spoliated the software and therefore Defendants seek dismissal sanctions, or alternatively preclusion of evidence.

2.     On November 3, 2015, prior to the close of discovery, Defendants served the United States Air Force with a subpoena seeking documents and testimony.  The United States

Air Force responded to Defendants' subpoena on March 10, 2016.  Air Force Response, Suppl. Decl. Laura R. Handman, attached hereto as Ex. A.

3. Defendants seek by this motion to provide the Court, via the Supplemental Declaration of Laura R. Handman, a copy of the United States Air Force's response to Defendants' subpoena, which includes information not otherwise in the record regarding the government's efforts to locate a copy of Plaintiff's software and records relative to efforts to validate the software.

4. Supplementing the record with this additional information will assist the Court in its determination of the pending motions by providing a more complete factual record.

5. In accordance with LCvR 7(m), undersigned counsel conferred with counsel for Plaintiff before filing this motion.  Plaintiff consented to the filing of the instant motion.

WHEREFORE, Defendants respectfully request that this uncontested motion be granted and that the Court enter the proposed order granting Defendants leave to supplement the record in this case with the accompanying Declaration of Laura R. Handman.

Dated:   March 22, 2016

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP
By:    /s/ Laura R. Handman
Laura R. Handman (Bar No. 444386)
Lisa B. Zycherman (Bar No. 495277)
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
laurahandman@dwt.com
lisazycherman@dwt.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on March 22, 2016, I filed the foregoing Defendants' Motion for Leave to Supplement the Record, Supplemental Declaration of Laura R. Handman, and exhibit thereto, and proposed order using CM/ECF.

/s/ Laura R. Handman
Laura R. Handman