IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Dennis L. Montgomery,

       Plaintiff,

v.                                                   No. 1:16-cv-00126-RC

James Risen, Houghton Mifflin Harcourt
Publishing Co., et al.

       Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Uncontested Motion for Leave to Supplement the Record, any response thereto, and the entire record herein, it is hereby, this _____ day of _____, 2016,

**ORDERED** that said Motion is **GRANTED**, and it is

**FURTHER ORDERED** that the record in this case is supplemented with the attached Supplemental Declaration of Laura R. Handman.

_____
Rudolph Contreras
United States District Court Judge