IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS L. MONTGOMERY<br><br>                Plaintiff,<br><br>   v.<br><br>JAMES RISEN, ET AL.,<br><br>                Defendants. | Civil Action No. 1:16-cv-00126-RC |

**PLAINTIFF'S MOTION FOR AN ORAL ARGUMENT**

Plaintiff, Dennis Montgomery, pursuant to L. Civ. R. 7(f), hereby moves this Court for oral argument on the pending motions before the Court. The parties' briefing raises extraordinarily consequential legal issues that would benefit from oral argument. Oral argument in this matter will ensure that the Court's resolution of the pending motions is based on a complete presentation of the parties' arguments, which implicate profound issues of first impression. Before filing this motion, Plaintiff's counsel conferred with Defendants' counsel. They do not consent to this motion because they claim Judge Contreras has already ruled on the schedule, deciding that the Court will review and resolve the pending dispositive motions before conducting any further proceedings. Plaintiff's position is that holding an oral argument will assist the Court in making such a determination and it is not a further proceeding because it is based on what has already been filed by both parties.[1]

**ARGUMENT**

Whether to grant oral argument on dispositive motions is within the Court's discretion. *See* L. Civ. R. 7(f); *accord Owen-Williams v. BB & T Servs., Inc.*, 797 F. Supp. 2d 118, 126

---

[1] Plaintiff's counsel is available throughout April and May with the exception of April 15, 2016 to April 20, 2016, and April 29, 2016.

1

(D.D.C. 2011). A court may only deny a motion for oral argument where it finds that "holding oral argument would not be of assistance in rendering a decision." *Crummey v. Soc. Sec. Admin.*, 857 F. Supp. 2d 117, 118 (D.D.C. 2012). Indeed, oral argument assists most cases. *See United States v. Baber*, 447 F.2d 1267, 1270-71 (D.C. Cir. 1971) ("We do not derogate the importance that oral argument may have in many, perhaps most, cases . . .").

Courts regularly grant oral argument in exceptional cases, including when it has been "[m]indful of the importance of" particular suits "rais[ing] concerns about the actions of the Executive Branch." *Rasul v. Bush*, 215 F. Supp. 2d 55, 59 (D.D.C. 2002). This Court has also regularly held oral argument in cases implicating national security, where the issues are of great consequence and require robust adversarial deliberation. *See Citizens for Responsibility & Ethics in Wash. v. U.S. Dep't of Justice*, 658 F. Supp. 2d 217, 220 (D.D.C. 2009) (FOIA case involving exposure of CIA operative); *CSX Transp., Inc. v. Williams*, No. Civ. A. 05-338, 2005 WL 902130, at * 1 (D.D.C. April 18, 2005) (case "involv[ing] longstanding principles of federalism applied to one of the government's newest and most important roles – protecting our Nation from the threat of terrorism").

As discussed in Plaintiff's briefs, resolution of the dispositive motions requires consideration of intricate issues dealing with the Executive power, national security, classified information, the role of the Judiciary, and the most fundamental rights of human citizens; namely, to be free from being falsely smeared as a strategic and categorical tactic to devalue a contractor for the government's work. Plaintiff submits that an opportunity for the Court to further examine and engage with the parties' arguments would indeed be "of assistance" to the Court "in rendering a decision." *Crummey*, 857 F. Supp. 2d at 118.

3

## **CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant oral argument on the dispositive motions in the interest of relevant case law and justice.

Dated: April 5, 2016                                            Respectfully Submitted,

                                                                     */s/ Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this April 5, 2016 a true and correct copy of the foregoing Plaintiff's Motion for Oral Argument was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Laura R. Handman**
**Lisa B. Zycherman**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: lisazycherman@dwt.com

*Attorneys for Defendants*


    */s/ Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*