IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Dennis L. Montgomery,

        Plaintiff,

v.     No. 1:16-cv-00126-RC

James Risen, Houghton Mifflin Harcourt
Publishing Co., et al.

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

Consistent with Defendants' request for oral argument in their Summary Judgment papers, ECF No. 201, Mot. Summ. J. 1, and the parties' Joint Status Report, ECF No. 258, Defendants affirm that they would be pleased to participate in oral argument should the court, in its discretion, elect to hold it. That said, Defendants did not consent to Plaintiff's recent motion for oral argument insofar as the request was duplicative of the parties' standing requests and unnecessary in view of the Court's March 7, 2016 Minute Order confirming that the Court will "review and resolve the pending dispositive motions before conducting any further proceedings in this case."

Moreover, Defendants do not agree with Plaintiff's presentation of the issues or the relevant caselaw. First, Mr. Montgomery's defamation claim does not "implicate profound issues of first impression," or involve matters of "Executive power, national security, classified information, [or] the role of the Judiciary." The dispositive motions do implicate serious questions of spoliation of critical evidence and First Amendment protection of speech about

1

matters of public concern.  Second, even if Mr. Montgomery's libel claim was "exceptional," as Plaintiff suggests, the cases upon which Plaintiff relies do not command the Court to utilize oral argument and instead confirm that the Court may, in an exercise of its discretion, hold oral argument if the Court determines that it may be of assistance in rendering a decision.  *See, e.g.*, *Crummey v. Soc. Sec. Admin.*, 857 F. Supp. 2d 117, 118 n.1 (D.D.C. 2012) (determining "[i]n an exercise of its discretion" that oral argument "would not be of assistance").

Defendants thus clarify that they are not opposed to oral argument on any pending dispositive motion, and leave it to the sound discretion of the Court to determine whether such proceedings would be of assistance.

Dated:   April 6, 2016

Respectfully submitted,
DAVIS WRIGHT TREMAINE LLP
By:    /s/ Laura R. Handman
Laura R. Handman (Bar No. 444386)
Lisa B. Zycherman (Bar No. 495277)
1919 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Telephone: (202) 973-4200
Facsimile: (202) 973-4499
laurahandman@dwt.com
lisazycherman@dwt.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that on April 6, 2016, I filed the foregoing Defendants' Response to Plaintiff's Motion for Oral Argument using CM/ECF.

/s/ Laura R. Handman
Laura R. Handman