IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS L. MONTGOMERY<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES RISEN, ET AL.,<br><br>      Defendants. | Civil Action No. 1:16-cv-00126-RC |

**PLAINTIFF'S REPLY TO DEFENDANTS' REPONSE TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT**

  Consistent with Plaintiff's original Request for Oral Argument, filed yesterday April 5, 2016, Plaintiff stated precisely that Defendants' did not consent to the motion because "they do not consent to this motion because they claim Judge Contreras has already ruled on the schedule, deciding that the Court will review and resolve the pending dispositive motions before conducting any further proceedings." By introducing this almost verbatim quotation as the second sentence of their Response, Defendants' seek to confuse this Court by insinuating that Plaintiff did not state their position on the Request. This is false. *See* Plaintiff's Request for Oral Argument [Dkt. # 264].

  To the contrary, Plaintiff is simply asking that the Court hold oral argument on the motions now pending before it, before the Court issues its rulings on previously filed proceedings, not new proceedings. This will aid the Court, as it will provide it with an opportunity to have a "give and take" with counsel over the complex issues involved, including national security issues and classification by government officials, and ask questions that will aid it into reaching rulings on the pending motions. Defendants concede that it is indeed within the discretion of the Court to hold oral arguments in order to assist it. *See* Defendants' Response to

Case 1:16-cv-00126-RC   Document 266   Filed 04/06/16   Page 2 of 3

Plaintiff's Request for Oral Argument [Dkt. #265].

Despite Defendants' disingenuous "disagreement" with Plaintiffs' presentation of the issues, this case fundamentally involves "profound issues of first impression" and matters of "national security." For Defendants to disagree with this simple recitation of accurate facts – Plaintiff worked as a contractor for the U.S. government and had a Top Secret SCI Access security clearance – demonstrates Defendants' defensiveness regarding the established record.

Plaintiff's counsel is available for oral argument except for the periods between April 14, 2016 to April 20, 2016 and April 29, 2016.

Wherefore, Plaintiff respectfully requests that the Court hold oral argument on the pending motions in order to aid it in making fully informed and just determinations in the interests of justice.

Dated April 6, 2016

Respectfully Submitted,

   */s/ Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*

2

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this April 6, 2016 a true and correct copy of the foregoing Plaintiff's Reply to Defendants' Response to Plaintiff's Motion for Oral Argument was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

          **Laura R. Handman**
          **Lisa B. Zycherman**
          Davis Wright Tremaine LLP
          1919 Pennsylvania Ave., N.W., Suite 800
          Washington D.C. 20006-3401
          Email: laurahandman@dwt.com
          Email: lisazycherman@dwt.com

          *Attorneys for Defendants*

            */s/ Larry Klayman*
          Larry Klayman, Esq.
          D.C. Bar No. 334581
          2020 Pennsylvania Ave. NW, Ste. 800
          Washington, DC 20006
          Tel: (310) 595-0800
          Email: leklayman@gmail.com

          *Attorney for Plaintiff*