**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

DENNIS L. MONTGOMERY

                Plaintiff,

     v.

JAMES RISEN, ET AL.,

                Defendants.

Civil Action No. 1:16-cv-00126-RC

## NOTICE OF AVAILABILITY FOR ORAL ARGUMENT

Plaintiff's lead counsel, Larry Klayman, hereby provides notice to the Court that he will be in Washington, D.C. on May 17, 2016 and is available for oral argument that day should the Court so order with regard to Plaintiff's motion for oral argument on pending motions.

Dated May 6, 2016

Respectfully Submitted,

    */s/ Larry Klayman*
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 6, 2016 a true and correct copy of the foregoing Notice was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Laura R. Handman**
**Lisa B. Zycherman**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: lisazycherman@dwt.com

*Attorneys for Defendants*

_/s/ Larry Klayman_
Larry Klayman, Esq.
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*