**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| DENNIS L. MONTGOMERY, | : | |
| | : | |
| Plaintiff, | : | Civil Action No.:   16-0126 (RC) |
| | : | |
| v. | : | |
| | : | |
| JAMES RISEN, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER

**DIRECTING PARTIES TO FILE MATERIAL RELEVANT TO VARIOUS MOTIONS TO SEAL**

Upon review of the parties' various motions for leave to file documents under seal, it appears that the materials attached to the motions filed in the Southern District of Florida are contained in supplemental attachments that were either not filed electronically on the docket or not made available to this Court upon transfer. *See, e.g.*, ECF No. 156-1 (referring to supplemental attachments contained in a paper court file). These documents are not only relevant to the Court's consideration of the merits of the parties' motions to seal and Defendants' motion for sanctions, but are in some instances cited in the parties memoranda concerning Defendants' motion for summary judgment.

The Court has identified the following motions for which the attached material is unavailable:

- ECF No. 159[1] (Exhibits 1 and 2 to Plaintiff's Motion to Seal materials concerning the turning over of Plaintiff's software and the efforts to retrieve it from the FBI);

---

[1] The Court understands ECF No. 156 to be an identical version of ECF No. 159, which the Clerk of Court in the Southern District of Florida determined was erroneously filed without the required original signature. *See* ECF No. 157 (Clerk's Notice). Should the Court's

- ECF No. 160 (Exhibit 1 and 2 to Plaintiff's Second Motion to File Under Seal concerning instructions Plaintiff sent to the FBI to locate Plaintiff's software);

- ECF No. 180 (Exhibits A and B to Plaintiff's Motion for Leave to File Under seal, reproducing Plaintiff's memorandum in opposition to Defendants' motion for sanctions and including purportedly sensitive Exhibit 5, as well as e-mail traffic between the parties);

- ECF No. 210/211 (Attachment to Defendants' Motion to Seal containing questions Defendants requested the Court ask during the January 5, 2016 sanctions hearing); and

- ECF No. 236 (Plaintiff's Motion for Leave to File Under Seal and to Remove Documents from Protective Order, attaching documents obtained from non-parties Simon & Schuster, Priscilla Painton, and Tina Bennett, which are cited as Exhibits 6 and 10 to Plaintiff's opposition to Defendants' motion for summary judgment).

Accordingly, it is hereby **ORDERED** that on or before **June 14, 2016**, the parties shall file a separate renewed motion to seal pursuant to Local Civil Rule 5.1(h) for each of these motions, attaching the relevant documents for the Court's review. Each renewed motion should incorporate by reference the argument contained in the original motion. No new substantive arguments to seal should be made. In the alternative, if the documents are already available to the Court elsewhere in the electronic docket but have been overlooked, the parties should direct the Court to each document.

---

understanding be incorrect, Plaintiff shall file a renewed motion with respect to ECF No. 156 as well, attaching the relevant documents.

In addition, it appears that Defendants have erroneously attached the incorrect document to their motion for leave to file document under seal filed in this Court. *See* ECF No. 253. That motion makes reference to Defendants' Reply to Plaintiff's Statement of Additional Material Disputed Facts, the unsealed version of which contains redactions. *See* ECF No. 253; *compare* ECF No. 251 at 6 (redacting certain information concerning the Simon & Schuster documents). The document attached to that motion, however, reproduces the Defendants' reply memorandum which, in the Court's review, contains no redactions. *See* ECF No. 253-1; *compare* ECF No. 250 (containing no redactions).

As a result, it is **FURTHER ORDERED** that on or before **June 14, 2016**, Defendants shall file a corrected motion, attaching an unredacted version of Defendants' Reply to Plaintiff's Statement of Additional Material Disputed Facts.

**SO ORDERED**.

Dated: June 7, 2016                                                                       RUDOLPH CONTRERAS
                                                                                           United States District Judge