**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

DENNIS L. MONTGOMERY

                Plaintiff,

     v.

JAMES RISEN, ET AL.,

             Defendants.

Civil Action No. 1:16-cv-00126-RC

The Honorable Rudolph Contreras

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF REQUESTS TO SEAL
DOCUMENTATION**

Plaintiff, Dennis Montgomery, hereby notifies the Court that he withdraws any and all

requests to seal documentation in this case. Upon reflection, the documentation in this case

should be a matter of public record. This should also be true for Defendants, who have filed

certain documents under seal, including but not limited to Defendant James Risen's contract with

Defendants Houghton Mifflin Harcourt Publishing Company and Houghton Mifflin Harcourt

Company. In addition to being a private lawsuit, this case concerns matters of public interest

concerning false and misleading publications by Defendants Risen and Houghton Mifflin, which

defamed and damaged Plaintiff Montgomery.

Dated June 14, 2016

                          Respectfully Submitted,

                          */s/ Larry Klayman*
                          Larry Klayman, Esq.
                          Klayman Law Firm
                          D.C. Bar No. 334581
                          2020 Pennsylvania Ave. NW, Ste. 800
                          Washington, DC 20006
                          Tel: (310) 595-0800
                          Email: leklayman@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this June 14, 2016 a true and correct copy of the foregoing Notice was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

**Laura R. Handman**
**Lisa B. Zycherman**
Davis Wright Tremaine LLP
1919 Pennsylvania Ave., N.W., Suite 800
Washington D.C. 20006-3401
Email: laurahandman@dwt.com
Email: lisazycherman@dwt.com

*Attorneys for Defendants*

　　　*/s/ Larry Klayman*
Larry Klayman, Esq.
Klayman Law Firm
D.C. Bar No. 334581
2020 Pennsylvania Ave. NW, Ste. 800
Washington, DC 20006
Tel: (310) 595-0800
Email: leklayman@gmail.com

*Attorney for Plaintiff*