IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENNIS L. MONTGOMERY<br><br>      Plaintiff,<br><br>v.<br><br>JAMES RISEN, ET AL.,<br><br>      Defendants. | Civil Action No. 1:16-cv-00126-RC<br><br>The Honorable Rudolph Contreras |

**PLAINTIFF'S NOTICE OF COMPLIANCE THE COURT'S ORDER OF JUNE 20, 2016**

   Plaintiff, Dennis Montgomery, hereby notifies the Court of his compliance with its Order of June 20, 2016. Attached as Exhibit 1 is the unsealed document from ECF 159.[1] Attached as Exhibit 2 is the unsealed document from ECF 160. Attached as Exhibit 3 is the unsealed document from ECF 180. If Plaintiff has misunderstood the documents to be filed on the public record, he is ready to comply with any subsequent Court Order.

Dated June 20, 2016

                     Respectfully Submitted,

                      */s/ Larry Klayman*
                      Larry Klayman, Esq.
                      Klayman Law Firm
                      D.C. Bar No. 334581
                      2020 Pennsylvania Ave. NW, Ste. 800
                      Washington, DC 20006
                      Tel: (310) 595-0800
                      Email: leklayman@gmail.com

---

[1] In its June 7, 2016 Order, the Court correctly concluded that ECF documents 156 and 159 are identical. Therefore, pursuant to this Court's June 20, 2016 Order, Plaintiff is only filing ECF documents 159, 160, and 180 attached as exhibits.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on this June 20, 2016 a true and correct copy of the foregoing Notice was filed and served with the Court through the Court's Electronic Case Filing system, and will be delivered electronically to all counsel for the Defendants who have entered an appearance in this case through the ECF system, including:

      **Laura R. Handman**
      **Lisa B. Zycherman**
      Davis Wright Tremaine LLP
      1919 Pennsylvania Ave., N.W., Suite 800
      Washington D.C. 20006-3401
      Email: laurahandman@dwt.com
      Email: lisazycherman@dwt.com

      *Attorneys for Defendants*

        */s/ Larry Klayman*
      Larry Klayman, Esq.
      Klayman Law Firm
      D.C. Bar No. 334581
      2020 Pennsylvania Ave. NW, Ste. 800
      Washington, DC 20006
      Tel: (310) 595-0800
      Email: leklayman@gmail.com

      *Attorney for Plaintiff*