# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| DENNIS L. MONTGOMERY, | : | | |
| | : | | |
| Plaintiff, | : | Civil Action No.: | 16-0126 (RC) |
| | : | | |
| v. | : | Re Document Nos.: | 52, 125, 143, 164, |
| | : | | 166, 181, 201, |
| JAMES RISEN, *et al.*, | : | | 210, 221, 236, |
| | : | | 239, 253, 256, |
| Defendants. | : | | 264, 269, 270 |

## ORDER

### RESOLVING ALL PENDING MOTIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, it is hereby **ORDERED** that:

1. Defendants' motion for summary judgment (ECF No. 201) is **GRANTED** and **JUDGMENT IS ENTERED** in favor of Defendants on all counts of the Amended Complaint;

2. Defendants' motion to dismiss (ECF No. 52) is **DENIED AS MOOT**;

3. Plaintiff's objections to the magistrate judge's discovery orders (ECF Nos. 125, 143, 164) are **OVERRULED**;

4. Defendants' motion for sanctions (ECF No. 166) is **DENIED**;

5. Plaintiff's motion for an extension of time to complete discovery and to reset the discovery deadline (ECF No. 181) is **DENIED**;

6. Defendants' motion to seal questions for the sanctions hearing and renewed motion to seal questions for the sanctions hearing (ECF Nos. 210, 269) is **DENIED**;

7. Plaintiff's motion for an extension of time to file his opposition to Defendants' motion of summary judgment (ECF No. 221) is **GRANTED** *nunc pro tunc*, and Plaintiff's opposition is accepted as filed;

8. Plaintiff's motion to seal and to remove documents from the Protective Order (ECF No. 236) is **GRANTED IN PART** and **DENIED IN PART** and the documents shall be placed under seal, but shall not be removed from the Protective Order;

9. Defendants' cross-motion to maintain documents under seal (ECF No. 239) is **GRANTED**;

10. Defendants' motion to seal and renewed motion to seal (ECF Nos. 253, 270) are **GRANTED**;

11. Plaintiff's consent motion for a status conference (ECF No. 256) is **DENIED AS MOOT**; and

12. Plaintiff's motion for oral argument (ECF No. 264) is **DENIED AS MOOT**.

It is **FURTHER ORDERED** that, in light of Plaintiff's dissemination of confidential information subject to the Protective Order (ECF No. 81), Plaintiff's opposition to Defendants' motion for summary judgment (ECF No. 233) and Plaintiff's statement of disputed material facts (ECF No. 234) shall be placed under seal. On or before **July 22, 2016**, Plaintiff shall file a substituted version of these documents redacting the confidential information, including the additional confidential information identified in footnote 1 to Defendants' cross-motion to maintain documents under seal (ECF No. 239).

**SO ORDERED**.

Dated: July 15, 2016                                    RUDOLPH CONTRERAS
                                                        United States District Judge