AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Dennis L. Montgomery | ) | |
| | ) | |
| v. | ) | Case No.: 1:16-cv-00126-RC |
| James Risen, Houghton Mifflin Harcourt Publishing Company, et al. | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ____07/15/2016____ against ____Dennis Montgomery____ ,
_____Date_____
the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 46.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 1,564.35 |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 5,099.67 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses (itemize on page two) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 50.35 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 300.00 |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs (please itemize) . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| | TOTAL $ | 7,060.37 |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service          [ ] First class mail, postage prepaid

[ ] Other:  _____

s/ Attorney:  ___/s/ Lisa B. Zycherman_____

Name of Attorney: Lisa B. Zycherman

For:  Houghton Mifflin Harcourt Publishing Company and Houghton Mifflin Harcourt Co.          Date:  08/05/2016
_____Name of Claiming Party_____

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____       By: _____       _____
Clerk of Court                              Deputy Clerk                              Date

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Istvan Burgyan<br>Sammamish, WA | 1 | 40.00 | | | 18 | 10.35 | $50.35 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $50.35 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

**MONTGOMERY v. RISEN (D.D.C. Case No. 1:16-cv-00126-RC)**

**COSTS INCURRED**

| Description of Cost | Amount |
|---|---|
| Cost of obtaining written transcript of Dennis Montgomery deposition | $1,992.00 |
| Cost of obtaining written transcript of Istvan Burgyan deposition | $1,231.75 |
| Cost of obtaining written transcript of August 21, 2015 court hearing (discovery)* | $605.00 |
| Cost of obtaining written transcript of September 11, 2015 court hearing (discovery)* | $194.00 |
| Cost of obtaining written transcript of October 16, 2015 court hearing (discovery)* | $438.90 |
| Cost of obtaining written transcript of November 4, 2015 court hearing (discovery)* | $193.05 |
| Cost of obtaining transcript of Dec. 1, 2015 court hearing (S.D.N.Y. – motion to compel discovery) | $160.72 |
| Cost of obtaining written transcript of January 5, 2016 court hearing (sanctions/spoliation)* | $193.50 |
| Cost of obtaining written transcript of Feb. 3, 2016 court hearing (W.D. Wash.-motion to compel Burgyan) | $90.75 |
| Cost of multiple attempts to serve suboena on Istyvan Burgyan ($145, $160, $160, $150, $90.35, $135, $724) | $1,564.35 |
| Filing fee – motion to compel compliance with subpoena (Burgyan) in W.D. Wash. (No. 2:15-cv-01955-JLR) | $46.00 |
| Photocopying | $300.00 |
| Burgyan witness fee | $50.35 |
| **TOTAL** | $7,060.37 |

* paid for by local counsel, Holland & Knight

*Houghton H.?Ht.*
*Montgomery* 96293-9

## Veritext Florida Reporting Co.



**VERITEXT**
LEGAL SOLUTIONS

2 South Biscayne Blvd, Suite 2250
Miami FL 33131
Tel. 305-376-8800 Fax. 305-377-1100
Fed. Tax ID: 20-3132569

RECEIVED/ACC'TS PAYABLE

**Bill To:** Laura Handman
Davis Wright Tremaine LLP
1919 Pennsylvania Ave. NW
Suite 800
Washington, DC, 20006-3401

SEP 04 2015

REBEKAH TONNESSEN

| | |
|---|---|
| **Invoice #:** | FLA2413380 |
| **Invoice Date:** | 9/1/2015 |
| **Balance Due:** | $3,825.60 |

| | |
|---|---|
| **Case:** | Montgomery, Dennis v. Risen, James Et Al |
| **Job #:** | 2111363 \| Job Date: 8/20/2015 \| Delivery: Expedited |
| **Billing Atty:** | Laura Handman |
| **Location:** | Holland & Knight LLP |
| | 701 Brickell Avenue \| Suite 3300 \| Miami, FL 33131 |
| **Sched Atty:** | Brian W. Toth \| Holland & Knight LLP |

| | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Dennis L Montgomery Vol. 1 | Original with 1 Certified Transcript | Page | 214.00 | $7.52 | $1,609.28 |
| | Exhibits | Per Page | 913.00 | $0.40 | $365.20 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| Dennis L Montgomery Vol. 2 | Original with 1 Certified Transcript | Page | 139.00 | $7.52 | $1,045.28 |
| | CD Depo Litigation Package | Per CD | 1.00 | $43.50 | $43.50 |
| | Attendance Fee - First Hour | Hour | 1.00 | $95.00 | $95.00 |
| | Attendance Fee - Additional Hours | Hour | 7.00 | $60.00 | $420.00 |
| | Surcharge - Extended Hours | Hour | 2.00 | $70.00 | $140.00 |
| | Shipping & Handling - Expedited | Package | 1.00 | $63.84 | $63.84 |

| | |
|---|---|
| | $3,825.60 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $3,825.60 |

**Notes:** (9:00-6:45)
Three-Day Expedite
OT-Applied

DAVIS WRIGHT TREMAINE
WASHINGTON, D.C.

DATE 9/2/15
BY: L. Handman
CH   G.L #
96293-9

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

---

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | FLA2413380 |
| **Job #:** | 2111363 |
| **Invoice Date:** | 9/1/2015 |
| **Balance:** | $3,825.60 |

42632

*To Accounting 3-30-16 CK*

# INVOICE



**SEATTLE DEPOSITION REPORTERS LLC**

One Union Square
600 University Street
Suite 320
Seattle, WA 98101
T: 206.622.6661
F: 206.622.6236
www.seadep.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 54486 | 3/25/2016 | 43800 |
| **Job Date** | **Case No.** | |
| 3/1/2016 | | |
| **Case Name** | | |
| Montgomery v Risen | | |
| **Payment Terms** | | |
| Due upon receipt. | | |

Stahl, Eric M.
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA  98101

*RECEIVED*
*MAR 30 2016*
*Paul H. Thang*

| ORIGINAL TRANSCRIPT OF: | | | | |
|---|---|---|---|---|
| Istvan Andras Burgyan | 232.00 Pages | @ | 4.50 | 1,044.00 |
| Hourly | 5.50 Hours | @ | 65.00 | 357.50 |
| Production | | | | |
| Scanned Exhibits | 171.00 Pages | @ | 0.50 | 85.50 |
| E-Transcript | | | 35.00 | 35.00 |
| Delivery | | | 15.00 | 15.00 |
| | | **TOTAL DUE >>>** | | **$1,537.00** |

Go Green! In an attempt to become Greener we're emailing invoices! It's our hope that this will save you time and money and we will be
doing the Earth a favor! If you would like your emailed invoices sent to a specific email within your company, please reply and let us know.
Otherwise, if you want to continue to receive a hard copy of invoices,  that can be arranged.

Thank you.  We appreciate your business!
Info@seadep.com

*Okay to Pay*
*Bill to 962939*

**Tax ID: 91-1311049**

Phone: 206-622-3150   Fax:

*Please detach bottom portion and return with payment.*

Stahl, Eric M.
Davis Wright Tremaine
1201 Third Avenue, Suite 2200
Seattle, WA  98101

Job No.    : 43800          BU ID        : MAIN
Case No.   :
Case Name  : Montgomery v Risen

Invoice No. : 54486          Invoice Date  : 3/25/2016
**Total Due  : $ 1,537.00**

| **PAYMENT WITH CREDIT CARD** | |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

Remit To: **Seattle Deposition Reporters, LLC**
**600 University Street, #320**
**Seattle, WA  98101**

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775 fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:   15096

Date:    8/24/2015

Bill To:

HOLLAND & KNIGHT, LLP
701 BRICKELL AVENUE, SUITE 3300,
MIAMI, FL 33131
ATTN: ELAINE

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 08/21/15 | DENNIS L. MONTGOMERY, Plaintiff v. JAMES RISEN, Defendant | | | | |
| | CASE NO.: 15-cv-20782-JEM | | | | |
| | HEARING BEFORE JUDGE JONATHAN GOODMAN | | | | |
| | EXPEDITE DAILY TRANSCRIPT (estimate) | 100.00 | $6.05 | | $605.00 |
| | (inv. sent to Elaine.sterling@hklaw.com 8/24/15 at 4:50 p.m) | | | | |

| | | |
|---|---|---|
| | SubTotal | $605.00 |
| | 0.00% on $0.00 | $0.00 |
| | 0.00% on $0.00 | $0.00 |
| | Total | $605.00 |

Payment due upon receipt. Client shall be responsible for all costs of collection and reasonable attorney's fees. Venue shall lie in Broward County, Florida. Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:  NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $605.00 | $0.00 | $0.00 | $0.00 | $605.00 |

AO 44
(Rev. 7/95)

# UNITED STATES DISTRICT COURT

For the **Southern** District of **Florida**

## INVOICE

3186

TO: Mr. Brian W. Toth, Esq.
701 Brickell Avenue
Miami, FL 33131

PHONE: 305 374-8500

NOTE
MAKE CHECK PAYABLE TO:
Mr. Carl Schanzlen
9960 SW 4th Street
Plantation, FL 33324

PHONE: 954 424-6723

### TRANSCRIPTS

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: October 1, 2015    October 3, 2015

IN THE MATTER OF (CASE NUMBER AND TITLE): Montgomery v. Risen, Case No. 15-20782-CV-JEM
Trans. of September 11, 2015

### CHARGES

| CATEGORY | ORIGINAL | | | 1ST COPY | | | ADDITIONAL COPIES | | | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | PAGES | PRICE @ | SUB TOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | 40 | 4.85 | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| For proceeding on (Date): | | | | | | | | TOTAL | | 194.00 |
| | | | | | | | LESS DISCOUNT FOR LATE | | | |
| | | | | | | | LESS AMOUNT OF DEPOSIT | | | |
| | | | | | | | TOTAL REFUNDED | | | |
| | | | | | | | TOTAL DUE | | | 194.00 |

### ADDITIONAL INFORMATION

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION

I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

DATE: October 3, 2015

(All previous editions of this form are obsolete and should be destroyed)

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)    COURT REPORTER    COURT SUPERVISOR (copy retained)

## Starling, Elaine (MIA - X27483)

| | |
|---|---|
| **From:** | Stephen W. Franklin <sfranklinusdc@aol.com> |
| **Sent:** | Thursday, October 22, 2015 9:23 AM |
| **To:** | Starling, Elaine (MIA - X27483) |
| **Subject:** | TRANSCRIPT ESTIMATE (W-9 also attached) |
| **Attachments:** | W-9 SIGNED 2015.pdf |

Montgomery v. Risen

Discovery hearing held 10-16-15 before Magistrate Goodman (15-20782-civ)

Please follow these instructions to receive your DAILY COPY via email of the above transcript.

Your firm's check MUST be made payable as follows:

FRANKLIN COURT REPORTING, INC.
8432 CARGILL POINT
WEST PALM BEACH, FL  33411

AMOUNT:  $438.90

Please include a cover letter listing the style of the case, date of the hearing and your email address for my quick reference.

If Fedexing, please put NO SIGNATURE REQUIRED.

Your transcript will be emailed to you within 1 day of receipt of payment.

Please email me when you are mailing/fedexing the check so I know to start working on it.  That will speed the process along and get you the transcript even sooner.

If you have any questions, please email me.

Regards,

Stephen W. Franklin
Official Court Reporter
Hon. Kenneth A. Marra
United States District Judge
561-313-8439

1056191
3

Page 1 of 1

# Holland & Knight LLP
## Expense Authorization Form



149678

V-285J766

| | | |
|---|---|---|
| Request prepared by: | Elaine Starling | |
| Requested on behalf of: | Brian W Toth | |
| TimeKeeper No: | 30417 | Requesting Office Location:   Miami |
| Request Type: | Client Charge (Valid Client / Matter Number required) | |
| Currency: | US dollar | |
| WireFunds: | No | |
| Client Matter Number: | 145416.00001 | |
| Amount: | $438.90 | |
| Deferred : | No | |
| Payee Name (Vendor): | Franklin Court Reporting Inc. | |
| Address : | 8432 Cargill Point | |
| City, State, Zip | West Palm Beach, FL 33411 | |
| Tax ID: | 02-0578694 | |

**Description of Expense as it should appear on the Client Invoice**

Transcript of 10-16-15 discovery hearing

| | Signature: | Date: |
|---|---|---|
| Person Requesting: | *[signature]* | Oct. 22, 2015 |
| Individual Partner or Business Manager (Required for amounts up to $300): | | |
| Responsible, Billing Partner or Business Manager (Required for amounts over $300 and less than $1000): | | |
| Practice Group Leader/Designee (Required for amounts over $1000 and less than $2500): | | |
| Section Leader, Deputy Section Leader, Chief Financial Officer (Required for amounts $2500 and over): | | |

Check Routing:   ○ Mail to Payee (Vendor)   ◉ Other

Special Instruction for Other Check Routing

deliver to Elaine by 2pm today

GL Account #: 10461.0000                    Vendor # (For Acct. Use Only):

*[signature]* 10/22/15

CASE LAW REPORTING, INC.
PROFESSIONAL REPORTERS
7001 SOUTHWEST 13 STREET
PEMBROKE PINES, FL 33023
954-985-8875/954-239-7775  fax
CASELAWRPTG@GMAIL.COM

# Invoice

Number:    15144

Date:      11/11/2015

Bill To:

HOLLAND & KNIGHT, LLP
701 BRICKELL AVENUE, SUITE 3300,
MIAMI, FL  33131
ATTN:  BRIAN TOTH, ESQ.

| DATE TAKEN | REFERENCE | # PAGES | PRICE | CLIENT % | TOTAL |
|---|---|---|---|---|---|
| 11/04/15 | DENNIS L. MONTGOMERY, Plaintiff v. JAMES RISEN, Defendant | | | | |
| | CASE NO.: 15-cv-20782-JEM | | | | |
| | HEARING BEFORE JUDGE JONATHAN GOODMAN | | | | |
| | EXPEDITE DAILY TRANSCRIPT (estimate) | 33.00 | $5.85 | | $193.05 |

| | | |
|---|---|---|
| SubTotal | | $193.05 |
| 0.00% on $0.00 | | $0.00 |
| 0.00% on $0.00 | | $0.00 |
| Total | | $193.05 |

Payment due upon receipt.  Client shall be responsible for all costs of collection and reasonable attorney's fees.
Venue shall lie in Broward County, Florida.  Interest on past due accounts shall be charged at 1.5% per month.

(NOTE FOR AGENCY:  NO WRITEUP, NO % TAKEN)

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|---|---|---|---|---|
| $193.05 | $0.00 | $0.00 | $0.00 | $193.05 |

# Invoice

96293-9

**SOUTHERN DISTRICT REPORTERS PC**
Tax ID No. 13-2775946

| | |
|---|---|
| INVOICE NO.: | 0462564-IN |
| INVOICE DATE: | 12/08/15 |

500 Pearl St.
Room 330
New York, NY 10007
Tel No. (212) 805-0300

16840

| | |
|---|---|
| CUSTOMER NO.: | 1022340 |
| WORK ORDER NO.: | 162004 |
| SALESPERSON: | CSIW |

Davis Wright Tremaine LLp
1919 Pennsylvania Avenue
Suite 800
Washington, DC  20009
Attention:Laura Handman

**\*PAYMENT IS DUE UPON RECEIPT\***

---

| JOB DATE | DENNIS MONTGOMERY V SIMON & SCHUSTER, ET | | | | |
|---|---|---|---|---|---|
| | CASE NO.   **15MC00363** | | | | |
| 12/1/2015 | Original | 49.00 | Pages at | $2.38 | 116.62 |
| 12/1/2015 | Diskette | 49.00 | Pages at | $0.90 | 44.10 |

DAVIS WRIGHT TREMAINE
WASHINGTON. D.C.
APPROVED FOR PAYMENT
DATE:  12/14/15
BY:  L. Handman
CHARGE - G/L #
CLIENT #:  96293-9

| | |
|---|---|
| Net Invoice: | 160.72 |
| Less Discount: | 0.00 |
| Freight: | 0.00 |
| Sales Tax: | 0.00 |
| **Invoice Total:** | **160.72** |

**WE ACCEPT VISA, MASTERCARD, AMERICAN EXPRESS AND DISCOVER CARDS**
**PLEASE MAKE CHECKS PAYABLE TO THE SOUTHERN DISTRICT REPORTERS**

AO44
(Rev 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

INVOICE NO:   00043308

**MAKE CHECKS PAYABLE TO:**

Sanford Bohrer
Holland & Knight
701 Brickell Avenue
Suite 3000
Miami, FL 33131

Phone:

Lisa Edwards
U.S. District Courthouse
400 North Miami Avenue
Twelfth Floor
Miami, FL 33128

Phone:   (305) 523-5499
FAX   (305) 523-5509
Tax ID:   20-0649279
Lisa_Edwards@flsd.uscourts.gov

| | CRIMINAL | X | CIVIL | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|---|---|
| | | | | 01-07-2016 | 01-12-2016 |

**Case Style:** 15-20782, Dennis L. Montgomery v James Risen

Transcript of the digitally recorded Miscellaneous Motion Hearing held
before Judge Goodman on January 5, 2016

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | 215 | 0.90 | 193.50 | | | | 193.50 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | | MISC. CHARGES | | |
| | | | | | | | | TOTAL: | | 193.50 |
| | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | | |
| | | | | TAX (If Applicable): | | | | | | |
| | | | | LESS AMOUNT OF DEPOSIT: | | | | | | |
| | | | | TOTAL REFUND: | | | | | | |
| | | | | TOTAL DUE: | | | | | | $193.50 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE                                                                DATE  01/12/16

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WASHINGTON

INVOICE NO: 00000365

**MAKE CHECKS PAYABLE TO:**

Eric Stahl
Davis Wright Tremaine LLP
1201 Third Avenue
Suite 2200
Seattle, WA 98101

Phone:

Debbie Zurn
RMR, CRR, CBC
700 Stewart Street
Suite 17205
Seattle, WA 98101

Phone:    (206) 370-8504

Tax ID:    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
debbie_zurn@wawd.uscourts.gov

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 02-03-2016 | DATE DELIVERED: 02-05-2016 |
|---|---|---|

**Case Style:** C15-1955-JLR, Montgomery v Risen
Reporter's Transcript of Proceedings, hearing held February 3, 2016

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | 15 | 6.05 | 90.75 | | | | | | | 90.75 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 90.75 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| | | TOTAL DUE: | $90.75 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees  charged  and page  format  used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: *Debbie Zurn* | DATE 02-05-2016 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*



# INVOICE

633 Yesler Way, Seattle, WA 98104  |  www.abclegal.com  |  Tel: 206-521-9000  |  FAX: 206-625-9247  |  E-mail: ar@abclegal.com  |  Tax ID: 91-1153514
ABC Legal is pleased to accept 3 payment methods: Check  |  We accept all major credit cards, call to make a payment  |  ACH payment, email AR@abclegal.com

**BILL TO:**

**Davis, Wright & Tremaine**
**1201 3rd Ave, #2200**
**Seattle, WA 98101**

| | |
|---|---|
| INVOICE# | 1107133.100 |
| DATE | Oct 12, 2015 |
| ACCOUNT# | 2720 |
| ATTENTION | mamishapiro@dwt.com |
| CUSTOMER REF | 96293-9 (for Marni Shapiro in the DC office) A |

**AMOUNT DUE** $ 145.00

CASE # 15-CV-20782

CASE TITLE DENNIS L. MONTGOMERY v. JAMES RISEN; ET AL.

COURT US District Court, Florida, Southern District, Fort Lauderdale Division

## SERVICE PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Service of Process | Subject: ISTVAN ANDRAS BURGYAN<br>Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Result: Not Served | 95.00 |
| RUSH Service/RUSH Two Day handling | Received: 10/09/2015<br>Serve By: 11/03/2015<br>First Attempt: 10/09/2015<br>Service Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Servee: ISTVAN ANDRAS BURGYAN | 50.00 |

| | |
|---|---|
| SUBTOTAL | $ 145.00 |
| SALES TAX | $ 0.00 |
| PREPAID | $ 0.00 |
| AMOUNT DUE: | $ 145.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

# ◁◁abclegal
Technology in Legal Support

# INVOICE

633 Yesler Way, Seattle, WA 98104 | www.abclegal.com | Tel: 206-521-9000 | FAX: 206-625-9247 | E-mail: ar@abclegal.com | Tax ID: 91-1153514
ABC Legal is pleased to accept 3 payment methods: Check | We accept all major credit cards, call to make a payment | ACH payment, email AR@abclegal.com

**BILL TO:**

**Davis, Wright & Tremaine**
**1201 3rd Ave, #2200**
**Seattle, WA 98101**

| | |
|---|---|
| INVOICE# | 1107136.100 |
| DATE | Oct 12, 2015 |
| ACCOUNT# | 2720 |
| ATTENTION | marnishapiro@dwt.com |
| CUSTOMER REF | 96293-9 (for Marni Shapiro in the DC office) |

**AMOUNT DUE**    **$ 160.00**

CASE # 15-CV-20782

CASE TITLE DENNIS L. MONTGOMERY v. JAMES RISEN; ET AL.

COURT US District Court, Florida, Southern District, Fort Lauderdale Division

**SERVICE PERFORMED**

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| Effect Service of Process | | |
| Service of Process | Subject: ISTVAN ANDRAS BURGYAN<br>Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Result: Not Served | 95.00 |
| RUSH Same Day handling/RUSH Service | Received: 10/09/2015<br>Serve By: 10/28/2015<br>First Attempt: 10/09/2015<br>Service Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Servee: ISTVAN ANDRAS BURGYAN | 65.00 |

| | |
|---|---|
| SUBTOTAL | $ 160.00 |
| SALES TAX | $ 0.00 |
| PREPAID | $ 0.00 |
| AMOUNT DUE: | $ 160.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately in writing. If further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT    Page 1 of 1

# ◀ abclegal
Technology in Legal Support

# INVOICE

633 Yesler Way, Seattle, WA 98104 | www.abclegal.com | Tel: 206-521-9000 | FAX: 206-625-9247 | E-mail: ar@abclegal.com | Tax ID: 91-1153514

ABC Legal is pleased to accept 3 payment methods: Check | We accept all major credit cards, call to make a payment | ACH payment, email AR@abclegal.com

**BILL TO:**

**Davis, Wright & Tremaine**
**1201 3rd Ave, #2200**
**Seattle, WA 98101**

| | |
|---|---|
| INVOICE# | 1128541.100 |
| DATE | Oct 23, 2015 |
| ACCOUNT# | 2720 |
| ATTENTION | mamishapiro@dwt.com |
| CUSTOMER REF | 96293-9 |

**AMOUNT DUE** $ 160.00

CASE # 15-CV-20782

CASE TITLE DENNIS L. MONTGOMERY v. JAMES RISEN; ET AL

COURT US District Court, Florida, Southern District, Fort Lauderdale Division

## SERVICE PERFORMED

| RECEIVED | | |
|---|---|---|
| Effect Service of Process | | |
| Service of Process | Subject: ISTVAN ANDRAS BURGYAN Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075 Result: Served Date Served: 10/23/2015 Photo: Yes | 95.00 |
| RUSH Same Day handling/RUSH Service | Received: 10/22/2015 Serve By: 11/05/2015 First Attempt: 10/22/2015 Service Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075 Servee: ISTVAN ANDRAS BURGYAN | 65.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 160.00 |
| **SALES TAX** | $ 0.00 |
| **PREPAID** | $ 0.00 |
| **AMOUNT DUE:** | $ 160.00 |

*Laura Hardman*
*WDC*
*96293-9*

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately in writing, if further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

# CAPITOL PROCESS SERVICES, INC.

*0096293 - 000009*

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

*19009*

**Due By: 11/26/2015**
Invoice Date: 10/27/2015
Invoice #: 1500596
Job#: 1500596
Client File#: N/A

Laura Handman, Esquire
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Washington, DC 20006

RECEIVED/ACCTS PAYABLE
NOV 09 2015
REBEKAH TONNESSEN

**TOTAL INVOICE AMOUNT DUE**

$150.00

| Job #: 1500596   Client File # N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff:  Dennis L. Montgomery | Istvan Andras Burgyan | 10/23/2015 |
| Defendant:  James Risen, et al. | 2000 Pennsylvania Avenue, NW, Box 345, | Completed: |
| Case Number  15-cv-20782 | | 10/23/2015 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Service of Process -  (including 3 attempts) | 3 | $50.00 | $150.00 |
| | | Job Total Due = | $150.00 |
| | | Job Total Recd = | |

| | |
|---|---|
| **TOTAL INVOICE CHARGES:** | $150.00 |
| **TOTAL INVOICE PAYMENTS:** | |
| **TOTAL INVOICE AMOUNT DUE:** | $150.00 |

**Terms:** THANK YOU FOR YOUR BUSINESS !

DAVIS WRIGHT TREMAINE
WASHINGTON. D.C.
APPROVED FOR PAYMENT
DATE  11/5/15
BY: Sally ...
CHARGE - G/L #
CLIENT #: 96293-9

*Service of Process
Attempts on Burgyan
(for deposition)*

AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Southern District of Florida

| | |
|---|---|
| Dennis L. Montgomery | ) |
| *Plaintiff* | ) |
| v. | )     Civil Action No.    15-cv-20782 |
| James Risen, Houghton Mifflin Harcourt Publ'g Co., | ) |
| Houghton Mifflin Harcourt Co. & HMH Holdings, Inc. | ) |
| *Defendant* | ) |

## SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION

To:    Mr. Istvan Andras Burgyan, c/o 2020 Pennsylvania Ave., N.W., #800, Washington, DC 20006 AND
      4425 Issaquah Pine Lake Road, Apt. A31, Sammamish, WA 98075-6255

*(Name of person to whom this subpoena is directed)*

   ☑ *Testimony:* **YOU ARE COMMANDED** to appear at the time, date, and place set forth below to testify at a deposition to be taken in this civil action. If you are an organization, you must designate one or more officers, directors, or managing agents, or designate other persons who consent to testify on your behalf about the following matters, or those set forth in an attachment:
     See Attachment A hereto

| Place:   Davis Wright Tremaine LLP | Date and Time: |
|---|---|
|        1201 Third Avenue - Suite 2200 | |
|        Seattle, WA 98101 |    11/06/2015 9:00 am |

      The deposition will be recorded by this method:    videographer/court reporter

   ☑ *Production:* You, or your representatives, must also bring with you to the deposition the following documents, electronically stored information, or objects, and must permit inspection, copying, testing, or sampling of the material:   See Attachment A hereto

      The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

       *CLERK OF COURT*
                                 OR

| _____ | /s/ Laura Handman |
|---|---|
| *Signature of Clerk or Deputy Clerk* | *Attorney's signature* |

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    James Risen, Houghton Mifflin Harcourt Publ'g Co., et al. _____ , who issues or requests this subpoena, are:
Laura Handman, Suite 800, 1919 Pennsylvania Ave., NW, Washington, DC 20006, laurahandman@dwt.com, 202-973-4224

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

## UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF FLORIDA

Dennis L. Montgomery

**Plaintiff**

**vs.**                                                    Case No: 15-cv-20782

James Risen, et al.

**Defendant**

## <u>AFFIDAVIT OF SERVICE</u>

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Deposition Subpoena Duces Tecum with Attachment A in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/23/2015 at 3:48 PM, I served Istvan Andras Burgyan with the Deposition Subpoena Duces Tecum with Attachment A at 2000 Pennsylvania Avenue, NW, Box 345, Washington, DC 20006 by serving Harry D. Smith, Owner. service.

Harry D. Smith is described herein as:

Gender: Male   Race/Skin: White   Age: 65   Weight: 150   Height: 5'6"   Hair: Gray   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

10/27/15
Executed On

Calvin Jones
Capitol Process Services, Inc.
1827 18th Street, NW
Washington, DC 20009
202 667-0050



Job #: 1500596                                          Client Ref Number: N/A

# ⟨⟩abclegal
Technology in Legal Support

# INVOICE

633 Yesler Way, Seattle, WA 98104 | www.abclegal.com | Tel: 206-521-9000 | FAX: 206-625-9247 | E-mail: ar@abclegal.com | Tax ID: 91-1153514

ABC Legal is pleased to accept 3 payment methods: **Check** | We accept all major credit cards, call to make a payment | ACH payment, email AR@abclegal.com

**BILL TO:**

**Davis, Wright & Tremaine**
**1201 3rd Ave, #2200**
**Seattle, WA 98101**

| | |
|---|---|
| **INVOICE#** | 1134514.100 |
| **DATE** | Oct 27, 2015 |
| **ACCOUNT#** | 2720 |
| **ATTENTION** | mamishapiro@dwt.com |
| **CUSTOMER REF** | 96293-9 A |

**AMOUNT DUE** $ 90.35

CASE # 15-CV-20782

CASE TITLE DENNIS L. MONTGOMERY v. JAMES RISEN; ET AL.

COURT US District Court, Florida, Southern District, Fort Lauderdale Division

## SERVICE PERFORMED

| DESCRIPTION | NOTES | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Service of Process | Subject: ISTVAN ANDRAS BURGYAN<br>Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Result: Not Served | 0.00 |
| RUSH Same Day handling/RUSH Service | Received: 10/23/2015<br>Serve By: 11/12/2015<br>First Attempt: 10/23/2015<br>Service Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Servee: ISTVAN ANDRAS BURGYAN | 40.00 |
| Fee Advance W/F | Subject: ISTVAN ANDRAS BURGYAN<br>Address: 4425 ISSAQUAH PINE LAKE RD APT A31, SAMMAMISH, WA 98075<br>Result: Not Served | 50.35 |

| | |
|---|---|
| **SUBTOTAL** | $ 90.35 |
| **SALES TAX** | $ 0.00 |
| **PREPAID** | $ 0.00 |
| **AMOUNT DUE:** | $ 90.35 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately in writing. If further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

# ⋈abclegal
### Technology in Legal Support

# INVOICE

633 Yesler Way, Seattle, WA 98104 | www.abclegal.com | Tel: 206-521-9000 | FAX: 206-625-9247 | E-mail: ar@abclegal.com | Tax ID: 91-1153514

ABC Legal is pleased to accept 3 payment methods: Check | We accept all major credit cards, call to make a payment | ACH payment, email AR@abclegal.com

**BILL TO:**

**Davis, Wright & Tremaine**
**1201 3rd Ave, #2200**
**Seattle, WA 98101**

| | |
|---|---|
| INVOICE# | 1140246.100 |
| DATE | Oct 30, 2015 |
| ACCOUNT# | 2720 |
| ATTENTION | mamishapiro@dwt.com |
| CUSTOMER REF | 96293-9 |

**AMOUNT DUE** $ 135.00

CASE # 15-CV-20782

CASE TITLE DENNIS L. MONTGOMERY v. JAMES RISEN; ET AL

COURT US District Court, Florida, Southern District, Fort Lauderdale Division

## SERVICE PERFORMED

| DESCRIPTION | | AMOUNT |
|---|---|---|
| **Effect Service of Process** | | |
| Service of Process | Subject: ISTVAN ANDRAS BURGYAN<br>Address: 227 BELLEVUE WAY NE #241, BELLEVUE, WA 98004<br>Result: Not Served | 95.00 |
| RUSH Service | Received: 10/22/2015<br>Serve By: 11/05/2015<br>First Attempt: 10/23/2015<br>Service Address: 227 BELLEVUE WAY NE #241, BELLEVUE, WA 98004<br>Servee: ISTVAN ANDRAS BURGYAN | 40.00 |

| | |
|---|---|
| **SUBTOTAL** | $ 135.00 |
| **SALES TAX** | $ 0.00 |
| **PREPAID** | $ 0.00 |
| **AMOUNT DUE:** | $ 135.00 |

Documents are served in accordance with and pursuant to; the statutes or court rules of the jurisdiction in which the matter originates, and/or the statutes or court rules of the state in which service took place, and client instructions. If service was substituted upon another person or left with a person who refused to identify him or herself, it is incumbent upon the client to notify ABC and/or PFI immediately in writing. If further attempts to serve, serve by mail, or investigate are required.

OFFICIAL PROCESS SERVER TO U.S. DEPARTMENT OF JUSTICE AND U.S. STATE DEPARTMENT          Page 1 of 1

# Washington Legal Messengers, Inc.
## 2225 Fourth Ave Suite B
## Seattle, WA 98121

12432

| DATE | INVOICE # |
|------|-----------|
| 11/5/2015 | 297009 |

BILL TO:

Davis Wright Tremaine DC
1919 Pennsylvania Ave., NW, #800
Washington, DC 20006

L 01125

| Requested By: | Case | | Job # | Client Number |
|---|---|---|---|---|
| Marni Shapiro | | N/A | N/A | 96293-9 |

| DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|
| Special Service Attempt 11/04 | | 75.00 | 75.00 |
| Wait/Work/Copy/Stakeout Time Wait - 5hrs | | 300.00 | 300.00 |
| Special Service Charge 11/05 | | 150.00 | 150.00 |
| Process Service Upon: Istvan "Ish" Burgyan @ 4425 Issaquah Pine Lake Rd SE #A-31 , Sammamish | | 12.00 | 12.00 |
| Mileage Fee On: | | 28.00 | 28.00 |
| Wait/Work/Copy/Stakeout Time Wait - 2.25hrs | | 135.00 | 135.00 |
| Narrative Affidavit of Service | | 24.00 | 24.00 |

**TOTAL**      $724.00

DAVIS WRIGHT TREMAINE
WASHINGTON, D.C.
APPROVED FOR PAYMENT
DATE: _____ 12/1/15
BY: M. Shapiro
CHARGE - G/L #
CLIENT #: 96293-9


**Bank of America**

MARY SCARSORIE
DAVIS WRIGHT TREMAINE

December 01, 2015 - December 31, 2015

## Purchasing Card

## Cardholder Activity

### Account Information

Mail Billing Inquiries to:
BANKCARD CENTER
PO BOX 982238
EL PASO, TX 79998-2238

Customer Service:
1.888.449.2273 24 Hours

TTY Hearing Impaired:
1.800.222.7365 24 Hours

Outside the U.S.:
1.509.353.6656 24 Hours

For Lost or Stolen Card:
1.888.449.2273 24 Hours

### Payment Information

| | |
|---|---|
| Statement Date | 12/31/15 |
| Credit Limit | $4,000 |
| Cash Limit | $0 |
| Days in Billing Cycle | 31 |
| Total Activity | $688.41 |

THIS IS NOT A BILL - DO NOT PAY

### Account Summary

| | |
|---|---|
| Credits | $0.00 |
| Cash | $0.00 |
| Purchases | $688.41 |
| Other Debits | $0.00 |
| Cash Fees | $0.00 |
| Other Fees | $0.00 |
| Total Activity | $688.41 |

### Transactions

| Posting Date | Transaction Date | Description | Reference Number | MCC | Charge | Credit |
|---|---|---|---|---|---|---|
| 12/02 | 12/01 | L2G*DJA-COURT E-COMMRC   206-205-1600 WA | 24692165335000834767600 | 9399 | 22.49 | |
| 12/03 | 12/02 | L2G*DJA-COURT E-COMMRC   206-205-1600 WA | 24692165336000661274752 | 9399 | 242.49 | |
| 12/07 | 12/05 | L2G*DJA-COURT E-COMMRC   206-205-1600 WA | 24692165339000578876456 | 9399 | 22.49 | |
| ✗ 12/10 | 12/09 | COURTS/USDC-WA-W-S   SEATTLE   WA | 24445005343300378705059 | 9399 | 46.00 | ✗ |
| 12/14 | 12/11 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165344000173654904 | 9399 | 22.49 | |
| 12/14 | 12/11 | OREGON STATE BAR   503-6200222 OR | 24556305345900010201500 | 8398 | 20.00 | |
| 12/14 | 12/12 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165346000904639306 | 9399 | 22.49 | |
| 12/17 | 12/16 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165350000374413995 | 9399 | 22.49 | |
| 12/17 | 12/16 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165350000374414027 | 9399 | 22.49 | |
| 12/22 | 12/21 | COURTS/USDC-NY-S   212-805-0610 NY | 24445005356600316572774 | 9399 | 200.00 | |
| 12/23 | 12/22 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165356000204645562 | 9399 | 22.49 | |
| 12/24 | 12/23 | DJA-COURT E-COMMRC;206   SEATTLE   WA | 24692165357000849193365 | 9399 | 22.49 | |

0000000  0000000  0000000  4715291207142012

Account Number: XXXX-XXXX-XXXX-2012
December 01, 2015 - December 31, 2015

Total Activity ................................................ **$688.41**

BANK OF AMERICA
PO BOX 15731
WILMINGTON, DE 19886-5731

Cardholder Signature _____   Date _____

MARY SCARSORIE
DAVIS WRIGHT TREMAINE
1201 3RD AVE STE 2200
SEATTLE, WA 98101-3045

**NO003971

Manager Signature _____   Date _____

⑃549900⑈⑆⑉QQ05⑈207⑈420⑈2⑈

1721

Discovery Document Solutions, Inc.
2001 Pennsylvania Ave., NW
Concourse Level
Washington, DC 20006
202.466.2366
202.466.3233   Fax #
mp@discoveryDC.com
FEIN   20-0129416

**Please Forward To Your AP Dept.**

RECEIVED/ACCTS PAYABLE

**APR 29 2015**

REBEKAH TONNESSEN

| Invoice Date | Invoice # |
|---|---|
| 4/27/2015 | 04738 |

| Bill To: |
|---|
| DAVIS WRIGHT TREMAINE LLP |
| 1919 PENNSYLVANIA AVE, NW |
| WASHINGTON, DC 20006-3402 |

| Ordered By: |
|---|
| MARNI SHAPIRO |

| Project # / Name | Order Date | Due Date | Project Description | DDS Project # | Rep |
|---|---|---|---|---|---|
| 96293.9 | 4/24/2015 | 4/24/2015 | 2 BOXES SCAN & OCR | 7415 | DDS |

| Quantity | Item Code | Description | Price Each | Total |
|---|---|---|---|---|
| 4,524 | SC | SCANNING & OCR | 0.17 | 769.08T |
| 17 | FC | FILE CREATION / FILE NAMING | 1.00 | 17.00T |
| 1 | EMAIL | EMAIL CLIENT DOCUMENT | 10.00 | 10.00T |
| 1 | FLASH | FLASHDRIVE | 30.00 | 30.00T |

**DAVIS WRIGHT TREMAINE**
**WASHINGTON, D.C.**
APPROVED FOR PAYMENT
DATE: ___4/28/15___
BY: _M.Shapiro_
CHARGE - G/L # ___
CLIENT #: _96293-9_

| Subtotal | $826.08 |
|---|---|
| Sales Tax (5.75%) | $47.50 |
| **Total** | $873.58 |

Received and Approved by: _____     Date _____

35770/67

# DAVIS WRIGHT TREMAINE LLP
## CHECK REQUEST

| | |
|---|---|
| **Client Name:** | |

| | |
|---|---|
| **Client/matter OR General Ledger #:** | 96293-9[1] |

| **Form Completed by:** | Becky Mitsch | **For Attorney/ Paralegal:** | Mami Shapiro |
|---|---|---|---|
| **Date Requested:** | 10/22/15 | **Amount:** $ | 50.35 |
| **Date Needed:** | 10/22/15 | **Time Needed:** | ASAP |

| | |
|---|---|
| **Payable to:** | Istvan A. Burgyan |
| **Address:**[1] | 4425 Issaquah Pine Lake Road, Apt. A31, Sammamish, WA 98075 |
| **Federal ID/SSN:**[2] | |
| **Purpose:** | Witness Fee |
| **Approved by:** | _Sally Larkinson_ |

☐ **Check if from Trust Account**

| **Return to:** | | **Route to:** | |
|---|---|---|---|
| **Extension:** | | | |

☐ **Mail check to address listed above.**

**IMPORTANT NOTE:** Client accounts are charged when checks are created. Please ensure unused or voided checks are returned to Accounting for reversal.

---

[1] Only necessary if check is to be mailed.
[2] Payee's Federal Identification Number or Social Security Number (if applicable).

DWT 1271260v4 9999998-000000

Check Number, Bank ID and Check Date

Check Number: 281736
Bank ID: STL          BANK OF AMERICA WA
Check Date: 10/22/2015

Check Information

Void Date               Amount           50.35   Batch ID: 151022R
Status:        OPEN     Discount:              D   Check Type: AUTOMATIC
Vendor ID:     36770    WITNESS FEE 2015
Address ID:    67       ISTVAN A BURGYAN
Payee Name: ISTVAN A BURGYAN
Comments:

| Voucher ID | Type | Pay Date | Amount | Paid | Balance | Invoice Date | Invoice Number |
|---|---|---|---|---|---|---|---|
| 1 | 127153B | IN | 10/22/2015 | 50.35 | 50.35 | 0.00 | 10/22/2015 | SHAPM151022a | IN |